IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DONALD STEVEN BRYAN**                                                                               **PLAINTIFF**

V.                      **CASE NO. 5:23-CV-5232**

**JUDGE LINDSAY;**
**JUDGE TERRA STEVENSON;**
**JUDGE TAYLOR;**
**PROSECUTING ATTORNEY McKINNA MOORE;**
**PUBLIC DEFENDER CANDICE SMITH;**
**OFFICER LANDON CRADDUCK;**
**OFFICER TIMOTHY TAYLOR;**
**CORPORAL MICHAEL SMITH; and**
**CORPORAL MULVANEY**                                          **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation ("R&R") (Doc. 14) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Upon preservice screening of the Complaint, the Magistrate Judge recommends dismissing claims against five of the Defendants and allowing claims to proceed against the remaining four Defendants.

On February 6, 2024, the Court granted Plaintiff an extension of time to file objections to the R&R, and on February 27, he filed his objections (Doc. 33). The Court has now reviewed Plaintiff's objections and finds that they merely restate the claims made in his Complaint and fail to engage with the R&R's legal reasoning in any respect. The objections therefore require no ruling. See 28 U.S.C. § 626(b)(1)(C).

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**.

**IT IS FURTHER ORDERED** that:

- the individual capacity claims against Defendants Lindsay, Stevenson, Taylor, and Moore are **DISMISSED** on the grounds they are immune from suit;

- the official capacity claims against Defendants Lindsay, Stevenson, Taylor, and Moore are **DISMISSED** as they are barred by the Eleventh Amendment;

- the claims for declaratory and injunctive relief against Defendants Lindsay, Stevenson, Taylor, and Moore are **DISMISSED** as they may not be pursued under § 1983 and/or are barred by the Eleventh Amendment; and

- the claims against Defendant Candice Smith are **DISMISSED** as she does not act under color of law.

In view of the above rulings, the Clerk of Court is **DIRECTED** to terminate Defendants Lindsay, Stevenson, Taylor, Moore, and Candice Smith from the case. Only the claims remaining against Defendants Landon Cradduck, Timothy Taylor, Corporal Michael Smith, and Corporal Mulvaney will remain for further litigation.

**IT IS SO ORDERED** on this 1st day of March, 2024.

/s/ Timothy L. Brooks  
TIMOTHY L. BROOKS  
UNITED STATES DISTRICT JUDGE