IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DONALD STEVEN BRYAN                                                                                    PLAINTIFF

V.                                   CASE NO. 5:23-CV-5232

OFFICER LANDON CRADDUCK;
OFFICER TIMOTHY TAYLOR;
CORPORAL MICHAEL SMITH; and
CORPORAL MULVANEY                                                                                     DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 51) filed in this case on June 7, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Judge Ford recommends dismissing the case with prejudice due to Plaintiff's failure to obey Court Orders.

Plaintiff was released from incarceration and ordered to file a new application to proceed *In Forma Pauperis* ("IFP"). He did not obey the Court's Order. He also failed to obey the Order directing him to file a response to Defendants' Motion for Partial Summary Judgment. His deadline to file a response to summary judgment was extended and a show cause Order filed. Again, Plaintiff ignored the show cause Order. Though he finally filed a new IFP application on June 11, 2024 (Doc. 52), he never filed a response to summary judgment or a request for an extension to respond. He also failed to file an objection to the R&R.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**. The case is **DISMISSED WITH PREJUDICE** for Plaintiff's failure to prosecute this case and

1

failure to obey the Orders of the Court, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 25th day of June, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE